[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IC
RECEIVED
AUG 20 2024 MCP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Plaintiff Leilani K EVANS

v.

1:24-cv-07503
Judge Jeremy C. Daniel
Magistrate Judge Young B. Kim
RANDOM/ CAT 2

Defendant University of chicago Department of safety and security

## COMPLAINT

On 08/1/2024 i were pulled over by a university's of chicago police officer for accidently running a red light on 55th and lake park the whole situations go's left when the officer starts threatening to arrest me if i dont get in my car when all i was doing was having a normal conversation with her and she felt like she were losing the argument so started taking out her hand cuffs and when other police arrived i tried explaing to them what happend and instead they never confronted her nor did the sargent confront her a few minutes later she jump in my conversation with another officer and starts grabbing on my car door and starts yelling at me again telling me to get in the car when i were already inside and as shes screaming at me for no reason she also starts taking her anger out on my car door and starts yanking and pulling on it

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

the officer standing next to her did nothing at all him and all the other officers just stood there and watched her antagonize me and tamper with my car and she did all of that because she knew there was nothing i could do to defend myself she abused her power her name is aliyah domer star #1062 and when i tried to stop her from damn near breaking my door with how excessively she was tampering with my car the officer next to her prevents me from stoping her instead of him telling her to stop he never told her to stop and for those reasons i want to sue the university of Chicago police for violating my rights and for the emotional damages theyve caused i will be needing continues therapy after this situation i already was diagnosed with a disability after birth and the uic police only made it worse by theyre actions social security disability are the ones who found me disabled after birth and im still on disability

Leilani Evans / 8/20/2024